LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
RYAN VENCI, ESQ.
Nevada Bar No. 7547
KRISTEN MOLLOY, ESQ.
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
r.venci@bsnv.law
k.molloy@bsnv.law
*Attorneys for Defendant,*
THE VONS COMPANIES, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHEYANNE AGLIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSONS COMPANIES, INC., a foreign corporation, d/b/a Vons, THE VONS COMPANIES, INC., a foreign corporation, d/b/a Vons; DOES 1 through 10; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-01366-GMN-EJY |

**STIPULATION AND ORDER TO DISMISS DEFENDANT THE VONS COMPANIES, INC., WITH PREJUDICE LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., RYAN VENCI, ESQ., and KRISTEN MOLLOY, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, THE VONS COMPANIES, INC., and Plaintiff, CHEYANNE AGLIA, by and through BRIAN M. BOYER, ESQ., of THE INJURY FIRM | LAS VEGAS as follows:

*Cheyanne Aglia v. The Vons, Companies, Inc.*
Case No.: 2:24-cv-01366-GMN-EJY

That Defendant, THE VONS COMPANIES, INC., be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 4th day of August, 2025.              DATED this 4th day of August, 2025.

**BRANDON | SMERBER LAW FIRM**                    **THE INJURY FIRM | LAS VEGAS**

/s/ Lew Brandon, Jr., Esq.                        

**LEW BRANDON, JR., ESQ.**                         **BRIAN M. BOYER, ESQ.**
Nevada Bar No. 5880                                Nevada Bar No. 12185
**RYAN VENCI, ESQ.**                               7391 West Charleston Boulevard, Suite 120
Nevada Bar No. 7547                                Las Vegas, Nevada 89117
**KRISTEN MOLLOY, ESQ.**                           *Attorneys for Plaintiff,*
Nevada Bar No. 14927                               *CHEYANNE AGLIA*
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
THE VONS COMPANIES, INC.

*Cheyanne Aglia v. The Vons, Companies, Inc.*
Case No.: 2:24-cv-01366-GMN-EJY

**IT IS SO ORDERED** that Defendant, THE VONS COMPANIES, INC., be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this __6__ day of ____August____, 2025.

_____
DISTRICT COURT JUDGE

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*